Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of knit or crocheted articles, without fringe, not infants' outerwear or hats, bonnets, caps, berets, or similar articles, wholly or in chief value of wool, valued at more than $5 per pound, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, DECEMBER 20, 1955

**No. 59603.**—Albert Dickinson Company *v.* United States, protest 257007–K (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed similar in all material respects to that the subject of *Transcontinental Seed, Inc. (Alltransport, Incorporated)* v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

DONLON, J., dissented, holding: "I do not concur in the decision in *Transcontinental Seed, Inc.* v. *United States*, 29 Cust. Ct. 163, C. D. 1462, the record of which has been incorporated in the record of this case. In my opinion, the protest should be overruled."

**No. 59604.**—Accurate Millinery Co. *v.* United States, protest 260680–K (New York).

Opinion by EKWALL, J. The protest was dismissed.

**No. 59605.**—Kaufmann Department Stores, Inc. *v.* United States, protest 169618–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59606.**—Rorstrand, Inc. *v.* United States, protests 211439–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the claim of the plaintiff was sustained.

**No. 59607.**—Alfred Orlik, Inc., et al. v. United States, protests 245209–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C. C. P. A. 15, C. A. D. 458), the items of merchandise marked with the letter "A" were held dutiable at 20 percent under paragraph 1547 (a), Tariff Act of 1930, and the items marked with the letter "B" at 10 percent under the provision in said paragraph, as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T. D. 52373), supplemented by Presidential proclamation (T. D. 52476), for "Works of art * * * statuary, sculptures, or copies, replicas, or reproductions thereof, valued at not less than $2.50."

**No. 59608.**—Seaboard Liquor Company v. United States, protest 172191–K (Philadelphia).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protest was dismissed for lack of prosecution.

**No. 59609.**—Chas. Kurz Co. v. United States, protest 236948–K (Philadelphia).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended May 25, 1955, effective July 1, 1955, the protest was dismissed for lack of prosecution.

**No. 59610.**—China Overseas, Inc., et al. v. United States, protests 155528–K, etc. (New York).

Opinion by DONLON, J. It was stipulated that the articles in question consist of silent butlers, smoothing irons, and various kinds of trays, the composition of which is the same in all material respects as the merchandise involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423). In accordance with stipulation of counsel and on the authority of the decisions cited, the merchandise was held dutiable as follows: (1) The items marked with the letter "A" at 40 percent under paragraph 339 as household utensils, composed wholly or in chief value of brass, not plated with platinum, gold, or silver; (2) the items marked with the letter "B" at 35 percent under the provision in paragraph 339, as modified by the trade agreement with the United Kingdom (T. D. 49753), for household utensils,